Name    Steven Easley

Street Address    2423 Boxwood St Apt #10

City and County    Sacramento

State and Zip Code    Ca.

Telephone Number    916 904-2034    916 490-6408
916 221-3902

FILED

MAR 2 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Mr. Steven Easley

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

C.D.C. - California Department
of Corrections.
← See Attachment ₹

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:18-CV-0668-KJM-KJN (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
    *(check one)*

Name _Steven Easley Pro Se_

Street Address _2423 Boxwood St. #16_

City and County _Sacramento_

State and Zip Code _California_

Telephone Number _916 271-3902_
_916 490-6408_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_Steven Easley Pro Se_

_____

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

_Sacramento Sheriff's_
_Department_
_(See attachment)_

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☐ No
(check one)

Time 12:58 a.m.

PREPARED BY: Mr. Steven J. Easley Pro SE DATE: 1-31-2018

PROJECT TITLE: Violation of Federal Guide lines...

— Cover Sheet —

United States District Court
Eastern District of California

The Plaintiff: Mr.
Steven Jerome Easley
(Pro Se Litigant)...

Federal Question Case

2). Jurisdiction —
This case should be filed
in the: United States District
Court, Eastern District, of America
In the State of California
for the soul purpose of
A) Violation of Federal Guide lines
B) Conspiracy to commit Murder
C) Attempted Murder
D) Equality
E) Delay of Due Process
7). Terrorism to the state of California
H). Assault and Battery

PREPARED BY: Mr. Steven J Easley    DATE: 1-31-2018
PROJECT TITLE: Federal Compliant form

Mr. Steven Jerome Easley "PRO SE"
2423 Boxwood St. Apt #10
Sacramento County
California, 95815
916-271-3902 / 916 409 6408

On the United States District Court
For The Eastern District of California

Mr. Steven Jerome Easley PRO SE

                              Compliant for a Civil
                                              Case
                              Case No.
                              (to be filled in by the Clerk's
                                              office)...
            - V.S -
                              Jury Trial: yes   No
                                   (check one).

            - Against -
Sacramento Sheriff's Department
Department of Conection (C.D.C.)
Neighborhood Crime Watch (N.C.W.)
Tyquandia Strain, her son Thomas
Ricky Reed, Eric Wade, his wife
DoDo ("there are more will add as

PREPARED BY: Mr Steven J. Easley Pro SE DATE:

PROJECT TITLE: Application to Proceed Without Prepaying Fees

United States District Court
for the

Mr. Steven J. Easley Pro Se
Plaintiff Petitioner

v.                                                    Civil Action No.

Sacramento Sheriff's Dept
California Department of Correction
Neighborhood Crime Watch
Tywannia Strain
    Defendants/Respondent

Application to proceed in District Court without pre-
        paying fees or costs
            (Short Form)

I am a plaintiff or petition in this case and declare
that I am unable to pay the cost of these proceed-
ings and that I am entitled to the relief request-
            ed.

In support of this application I answer the
following questions under penalty of perjury.

        - See Original page -

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                 _MR. STEVEN Easley_

Street Address       _2423 Belwood St. Apt. 10_

City and County      _Sacramento_

State and Zip Code   _California    95815_

Telephone Number     _916 271-3902 / 916 4896408_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                 _Sacramento Sheriff's_

Job or Title         _Department_
(if known)

Street Address       _651 I St._

City and County      _Sacramento_

State and Zip Code   _California._

Telephone Number     _916 874-6752_

Defendant No. 2

Name                 _California Department_

Job or Title         _of Corrections_
(if known)

Street Address       _8000 Elder Creek Rd_

City and County      _Elder Creek_

State and Zip Code   _California_

Telephone Number     _916 686-6495_

2

Defendant No. 3

Name            *Neigborhood Crime Watch*

Job or Title
(if known)

Street Address      *WWW. citizenscrimewatch.com*

City and County    *Sacramento / Miami-Dade County FL*

State and Zip Code    *California    95815 / 1515 NW 79th Avenue*

Telephone Number    *305 470-1670*

Defendant No. 4

Name            _____

Job or Title        _____
(if known)

Street Address      _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in Federal Court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same state as
any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of Federal Guide-lines. Treason to the State. Conspiracy to committ Murder*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*a hundred eight point five Million times.*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*What would anyone do, if they woke-up and
the world around them hated them and tried to
kill you and your identity was stolen and no
one cared, not even the people who swear to
up hold the law, yet they were the first to try to
kill you. ?*

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of Federal Guide Lines*
*Conspiracy to commit Murder*
*Terrorism, Treason Against the State*

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.  If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*ONE hundred Eight point five times*
*SEVEN*

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*- SEE Attachment -*

PREPARED BY: Steven J Easley Pro SE    DATE:

PROJECT TITLE: Compliant form - Civil pg 1 of c

On Nov. 4th 2011, I received a warrant in
the mail for a light rail ticket, at which
time I was on parole so I contacted my
parole agent. She told me not to turn my-
self in, but to report to her on Monday. A short
time later as I was taken my dirty clothes
out to the wash room in the garage, I noticed
our dog staring at the front door, so I went
toward the living room as I did I saw
what looked to be a sheriff stand behind
one of the pillars as I got closer to the
front door I saw two sheriff's standing
in the front yard. I stated as I reach
the screen door; "What the problem officer"
His only reply was: "Open the door!". Once
again I ask him what was wrong?. He
just repeated; "Open the door!". I informed
him I needed to put our pitt-bull out
in the back yard, and walked away from
the door to do so, as I did I yelled to
the back of the house to inform my wife
Patricia D. Joseph, whom pass me as I
went to put the dog out, as she did
I heard her say; "Officer there's no problem
here!, why are you here?". I heard him repeat
himself once again; "Open the door!". As I
return to the front of the house, Patricia D. -

in door and as I arrived she unlocked the door! as
soon as she slid the officer closest to the
door, opened it, and reach right pass her and
grab me by the arm and pulled me out the
front door, once outside he search me and
found a can of pepper-spray after he finish, he set
me in one of the lawn chairs and went back inside.
after a moment he came back out with Patricia, both
her and him were yelling back and forth at each
other. Patricia told the officer she wasn't on parole
no probation and that they couldn't do anything to her!
the officer then said; "Yeah your right! but I'm going to
get him as much time as I possible can. After he
place her next to me in the other lawn-chair, he went
back inside the house, and when he came back out
this time he was carrying a stun-gun, he took both the
pepper spray & the stun-gun place them in a plastic bag
and put them in the trunk of his car! he then came
over to where I was setting and lead me to his
car place me in the back seat on the ⓓside of his
car, then went and got Patricia placed her on the ⓟ-
side. Went back inside again with the other co-
worker, only to return and release Patricia, as she
got out of the car she stated to the officer; "Could
I have a word with you? I didn't hear anything
else, because they went into the house." a short
time later he return to his vehicle, got in, did some
thing on the computer and ............... all headed

PREPARED BY: Mr. Steven J. Cooley, Pro Se    DATE:

PROJECT TITLE: Claims! Compliant form pg 2 of 1

downtown!. After he arrived and I was being processed in, as I went through the nurses station I watch the nurse at each stage of her test she looked at the sheriff and shook her head from side to side.' As I was getting-up to be re hand-cuff by the officer, she said "hold-on, I want to try one more test." She said she wanted to do a skin-graft, but the only thing she did was run a alcohol pad up and down my arm, and as she had done before she looked at the officer and shook her head from side to side." After finishing being processed, I was sent to the 8th floor, placed on the B-side of Pod 300 on the lower tier, in the lower bunk, which I had chrono's for. Two day after being placed in this cell I received a notice that I'd be moving so get my stuff together, I did and when the door popped I entered the day room when I did the officer in the day room told me I was moving to the B-side of Pod 300, he called out a cell number as I reach the door and it open, I noticed a nother inmate in the lower bunk, so I turn to inform the officer that I had two chrono's lower Tire/lower bunk after informing him, he begin to become I-rate, and started balling up his fist and turning red, I did what the officers on the bottom floor instructed us to do if we didn't want to be part of the problem! I buried my hands in my waistband and back away from the officer. He seen to calm down after a while, and told me to go into the cell! I informed him once again I had

toward me, I once again buried my hands, and back away
this time so I did I left my hand in my waistband and set
down on the table! The officer give me an order to get
down on my knees and lay face down on the floor, as
I got to my knees the officer in the day room attack me
along with two other officers that came from the control
room, they all put the weight on the center of my neck but
all of them were pulling and applying pressure were they
seen fit to! after a brief moment they pick me up and
place me inside the cell and close the door, a while
later a nurse came to the pod, as she came toward the
cell door she stated "Mr. Easley, Mr. Easley – I'm sending
you down to medical to have an x-ray done, you may have
a broken neck!" She was correct I did receive a broken
neck! Which after the hearing was completed I also was
found: "non-guilty of any wrong doing", but before I
could obtain my final copy of the write-up, I was
sent out to P,CCC. While I awaited trial for some
charges the officer just throw together so that they would
violate my parole, and they did. as I awaited, they drop
the case, but parole still held me under violation of
said charges 1) possess of tear gas 2) possess of a stun-
gun 3) warrant for a light-rail ticket 4) placing an officer at risk.
I supeona all six officers the three that came out
to my house in Rancho Cordova and the three that
attack me along with my parole agent not one of them
showed-up, so after being detain for 45 days I was
released and sent home but during said time the

PREPARED BY: Mr Steven J. Easley Pro SE DATE:

PROJECT TITLE: Claims / Complaint form 5 of 1

following also took place, someone went into Patricia Joseph and my home, went onto my computer, down loaded all my personal information onto a disk remove me as the administrator user, and replace me with my wife as the administrative user! which I didn't found out until maybe three days after I got home!! During which time I ask for the final copy of my write up I wrote requesting it, I even went to the the front desk of the Sheriff's Dept as I at spoke with officer Carpenter and he stated; You're one of the only people I've known to be released and come back asking about your final copy. he made a phone call afterwards he said; hold-on! I'm going to go up stairs and see what I can do! He return only to give me a letter-head from the head of the Sacramento Sheriff's Dept telling me if I wanted my final copy I had to get a lawyer. Since then my life has become an X-file, along with threats to kill me everyday, when I leave my tent they break in and steal whatever they feel will make me mad, they also like to make me look like a fool. example - they remove something and then after I've raised so much hell about it, I'll leave and when I return it's back, or I'll find it a few days later.' but this terrorism they're allowed to use against me, and violate the law, as well as the Federal guide lines must be brought to a stand still, if not! Then there is no law and if so what it is.'' They're allowed to

I bore witness, because for the last 7 yrs, I've had to play the only role they'd allow me to play!! But I'm far from what they think or know about me! But when people that I don't know nor care to know, start making statements like: "If he knows what's good for him, he'll keep his f-ing mouth close or I'll have his daughter back in Kansas City Mo. Killed, that's just going to far!" There was another event, where one of them broke into my tent and pissed in my milk then went some where and told his friend while both of them watch me drink my milk, afterward put it out in Cyber space that he did!" There was another event were this same guy whom everyday says: "If he says my name I'm going to kill him" but I'll say it and really don't care how he takes it! I don't know him! So I'm not going to be scare of someone just because!! Even if they hang around my tent every night whispering saying stuff like; "Kill Him"!; I should kill you right now!" Oh here's the one I'm still trying to figure out! I'm gonna have some one else kill him and I'll be with his sister! So I'll be scott free! she's my alibi". Since when has anyone been able to take the law into there own hands, well I'm hoping the real law will do something about it!". Now this part of my complaint only shows some of many negative things that happen but I'm

PREPARED BY: Mr. Steven J Easley Pro Se DATE:

PROJECT TITLE: allegations Complaint form 7-61

going to give a brief summary at this point
because I'm aware of how busy the courts are
therefore I don't want to waste any more of your
time writting out a novel! I'n sure that
once you review most of the events you've
found reason and cause to proceed, thank you
for taken the time to review this compliant!

1) Nov. 4th falsely arrested. 2011

2) Nov 6th attacked by three sheriff's and neck was
broken.

3) All three officers wrote false paper work to
cover each other

4) found non quilty of any wrong doing

5) On my transcripts an officer added the
following: Smart phone, fax Machine, and con-
fidential information was being sent to the
Sheriff's and C.D.C. — which means a third party

6) That third party being non-profitable Organi-
zation (N.C.W)

7) Violation of Federal Guide lines.

8) Conspiracy to commit Murder x 9

9) Attempted Murder x 9

10) Over three hundred to 400 piece of mail
being removed from a U.S. postal post office.

11) The lost of three storage Units

12) The lost of two homes,

14) after going to almost every agency - Sheriff's
F.B.I., the substations in Rancho Cordova, the South
Area, and Richard Blvd, and not one of them
would help, yet each one of them smiled in my
face as they brush me off.' Even after I was
told to go to them by way of Federal Marshall
Joe M'Gue.'

15) Over a home Invasion, only to be told after
calling 911, they were on there way but over
four hours later being called bk and told to do
the report myself on line, because they were
not coming

16) Then after given-up my home because of all
the breaking in and the last one being a
fallen Sheriff's daughter who called the sheriffs
and told them what she had done.' Two days
later they came, not to do a report but to in-
form me they were there to pick up the rest
of her stuff.' and yet takes the time to ask
after seeing the damage done to the door.' Oh
is this the door she "kicked in? then laughing

17) Over the pass 7 years following me and going
behind me telling anyone and everyone lies about
me making it even harder for me were ever
I go.' Now I'm in the woods and have been
forced to moved over 4 times because they tell
the Rangers all kinds of lies about me, so I
don't knor.) here. I'm going now here.

PREPARED BY: Mr Steven Easley Pro Se     DATE:

PROJECT TITLE:     Allegation/Complaint form 9#1

18). There's more but for now I'll close by just saying: Most of all my Civil Rights have been totally violated, and if this type of justice is allowed to continue, what is law?

Sincerely:
                    Steven Easley Pro Se'
            Mr Steven G Easley Pro SE

P.S.: I do have footage of officers and people standing all around me with weapons being drawn also people with shot guns standing around me along with their threats; "If I bring this matter to you I'll be killed." They've been allowed to piss in my milk, kill my cat, and threaten my daughter who lives in Kansas City Mo. by saying "If that old fool knows what's good for him! he'll keep his mouth closed. But after putting up with all these stealing, and threats! I'm saying to you, your honor! If I don't stand up for myself, who is going to stand up for me? So I'm pleading for your help to stop this before it cost me my life."

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attachment*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *03/28* , 20*18*

Signature of Plaintiff          *Mr. Steven J. Easley Pro Se*
Printed Name of Plaintiff    *MR. STEVEN J. EASLEY PRO SE*

6

PREPARED BY: Mr. Steven Of Earley Pro SE   DATE:

PROJECT TITLE:   - Relief -

Now before I state the relief, I'd like
to share the truth of me! Since Nov. 4th
2011 I had to use Meth in order to learn
why the world as I once knew it had
not only turn its back on me, but every
one that I knew, or know, even those I
didn't know were allowed to steal, lie
and threaten me, but when it got to the
point were they felt they could threating
to take my children life and turn my
own family against me, I had to ask
God to rescue me." Because there was
truly no one else to hear my cry.
Yes I am a ox drug user, but by no
means does that affect me in seek-
ing out the assistance to resolve this
matter! Therefore I'm asking the courts
to do there justice in this matter and apply
the rules and laws as they see fit.
Also that all parties involved in this case money
be frozen until after the complete investigation
is completed
Also in the part were my identity was
stolen all parties be given the maxuem
sentence
and the court award me $100,000,000 dollars

With each day that passes, there thats one the only thing I hear from the time I wake-up and all during the day, even as I go to bed! They Cyber bully me were every where, it doesn't matter if I'm at my friends or just walking down the street, the rest room, the law library or Church, even in the hospital. They even have all the stores involved - example: I buy a can of soda and a Pop tart, it should cost $1.50 before tax, but they charge me $200 dollars, if I catch them doing it, they say: "I hit the wrong key". Oh this next event shook me to the depths of my core. I ran out of towel paper, so I get up to go to the store and they began harassing me by saying; "He going to get his butt kick if he goes outside." I in turn might say; "Who said I was going outside? They seem to think they can scare me into staying in my tent, and here's were it takes on the unbelievable - they start saying things like the police are outside my tent waiting to kick my butt! then I'll hear a female say; see those rings on his hands officer, when you arrest him, I want them. The latest one, this guy name Ricky Reed broke into my tent, rip the door right down the middle, left his coat and a fortune cookie, and as I was cleaning up my tent got mad because I found it and said she was on his way to me that to kick my butt.