*- First Amended Compliant -*

Name *Steven Easley PRO SE*

Street Address *2423 Boxwood St. Apt #10*

City and County *Sacramento*

State and Zip Code *CA. 95815*

Telephone Number *916 271 3902*



FILED

APR 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*Mr. Steven Easley*

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

*C.D.C - California Department
of Correction
- See Attachment -*

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. *2:18-cv-00668-KJM-KJN*

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

PREPARED BY: M. Steven J. Easley          DATE: 04/18/2018

PROJECT TITLE: Attachment to Amended          pg 1

Defendant
    Sacramento Sheriff's Department

Defendent
    Neighborhood Crime Watch

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN EASLEY,                         No.  2:18-cv-00668-KJM-KJN PS

12          Plaintiff,

13      v.                                  ORDER

14   CDC – CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
15
            Defendants.
16

17

18          Plaintiff Steven Easley, who is proceeding without counsel in this action, has requested

19   leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1]  (ECF No. 2.)  Plaintiff's

20   application in support of his request to proceed *in forma pauperis* makes the showing required by

21   28 U.S.C. § 1915.  Accordingly, the court grants plaintiff's request to proceed *in forma pauperis*.

22          The determination that a plaintiff may proceed *in forma pauperis* does not complete the

23   required inquiry.  Pursuant to 28 U.S.C. § 1915, the court is directed to dismiss the case at any

24   time if it determines that the allegation of poverty is untrue, or if the action is frivolous or

25   malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against

26   an immune defendant.

27   _____

[1] This action proceeds before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C.'§
28   636(b)(1).

                                                 1

A claim is legally frivolous when it lacks an arguable basis either in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Franklin v. Murphy*, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. *Neitzke*, 490 U.S. at 327.

To avoid dismissal for failure to state a claim, a complaint must contain more than "naked assertions," "labels and conclusions," or "a formulaic recitation of the elements of a cause of action." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555-57 (2007). In other words, "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements do not suffice." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Furthermore, a claim upon which the court can grant relief has facial plausibility. *Twombly*, 550 U.S. at 570. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678. When considering whether a complaint states a claim upon which relief can be granted, the court must accept the well-pled factual allegations as true, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), and construe the complaint in the light most favorable to the plaintiff, *see Scheuer v. Rhodes*, 416 U.S. 232, 236 (1974).

Pro se pleadings are liberally construed. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Balistreri v. Pacifica Police Dep't.*, 901 F.2d 696, 699 (9th Cir. 1988). Unless it is clear that no amendment can cure the defects of a complaint, a pro se plaintiff proceeding *in forma pauperis* is ordinarily entitled to notice and an opportunity to amend before dismissal. *See Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987); *Franklin v. Murphy*, 745 F.2d 1221, 1230 (9th Cir. 1984).

Here, plaintiff's complaint is rambling and difficult to follow. The complaint names the Sacramento Sheriff's Department, the California Department of Corrections, and the Neighborhood Crime Watch, as defendants. (ECF No. 1 at 6–7.) It invokes federal question jurisdiction for purported violations of federal guidelines, conspiracy to commit murder, and terrorism to the state. (Id. at 10.)

2

1      The complaint appears to detail plaintiff's November 4, 2011 arrest, for an alleged

2  probation violation, followed by his brief incarceration, during which time plaintiff was allegedly

3  physically injured by officers employed by the Sacramento County Sheriff's Department. (Id. at

4  12–16.) Then, the complaint lists a number of conclusory and confusing allegations that some

5  unnamed conspirators have variously tampered with plaintiff's home computer; stolen and hidden

6  items from him; urinated in his milk; threatened his daughter in Kansas City, Missouri; attempted

7  murder and assault; among other unclear allegations. [2] (Id. at 16–20.)

8      The complaint does not properly state a claim under any federal law.  Indeed, to the extent

9  that plaintiff alleges criminal conduct (e.g. conspiracy to attempt murder), plaintiff has no

10  authority to prosecute alleged criminal conduct in federal court, as a private individual.  Criminal

11  prosecutions must be initiated by the proper authorities, such as the Office of the United States

12  Attorneys.  For these reasons, the complaint is subject to dismissal.

13      At the same time, construed liberally, it appears that plaintiff may be attempting to state

14  claims under 42 U.S.C. § 1983 for alleged violations of his constitutional rights.  In light of

15  plaintiff's *pro se* status, and because it is at least conceivable that plaintiff could allege additional

16  facts to potentially state a claim under § 1983, the court finds it appropriate to grant plaintiff an

17  opportunity to amend the complaint.

18      If plaintiff elects to file an amended complaint, it shall be captioned "First Amended

19  Complaint," shall be typed or written in legible handwriting, shall address the deficiencies

20  outlined in this order, and shall be filed within 28 days of this order.

21      Plaintiff is informed that the court cannot refer to a prior complaint or other filing in order

22  to make plaintiff's first amended complaint complete.  Local Rule 220 requires that an amended

23  complaint be complete in itself without reference to any prior pleading.  As a general rule, an

24
_____

25  [2] At one point, plaintiff references illicit drug use, further confusing matters:

26          Since Nov. 4th 2011 I had to use Meth in order to learn why the
           world as I once knew it had not only turn[ed] its back on me, but
27          everyone that I knew, or know, even those I didn't know were
           allowed to steal, lie and threaten me. . .

28  (ECF No. 1 at 22.)

PRO_SE

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00668-KJM-KJN
## Internal Use Only

(PS) Easley v. CDC - California Department of Corrections et al
Assigned to: District Judge Kimberly J. Mueller
Referred to: Magistrate Judge Kendall J. Newman
Cause: 42:1983 Civil Rights Act

Date Filed: 03/28/2018
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Steven Easley**                    represented by    **Steven Easley**
2423 Boxwood Street Apt. #10
Sacramento, CA 95815
916-271-3902
PRO SE

V.

**Defendant**

**CDC - California Department of Corrections**

**Defendant**

**Sacramento Sheriff's Department**

**Defendant**

**Neighborhood Crime Watch**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2018 | | SERVICE BY MAIL: 3 Order served on Steven Easley. (Zignago, K.) (Entered: 04/12/2018) |
| 04/12/2018 | 3 | ORDER signed by Magistrate Judge Kendall J. Newman on 4/12/2018 GRANTING 2 Motion to Proceed IFP. Plaintiff's complaint is DISMISSED, but with leave to amend. Within 28 days of this order, plaintiff shall file either (a) a first amended complaint in accordance with this order, or (b) a notice of voluntary dismissal of the action without prejudice. (Zignago, K.) (Entered: 04/12/2018) |
| 03/28/2018 | | APPLICATION TO PROCEED IFP filed - Action Required. (Becknal, |

| | | R) (Entered: 03/28/2018) |
|---|---|---|
| 03/28/2018 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Steven Easley. (Becknal, R) (Entered: 03/28/2018) |
| 03/28/2018 | 1 | COMPLAINT against CDC - California Department of Corrections, Sacramento Sheriff's Department by Steven Easley. (Attachments: # 1 Civil Cover Sheet)(Becknal, R) (Entered: 03/28/2018) |

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                _Mr. Steven Easley_
Street Address       _2423 Boxwood St. Apt. 10_
City and County      _Sacramento_
State and Zip Code   _California    95815_
Telephone Number     _916 271-3902_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known). Attach additional pages if needed.

Defendant No. 1

Name                _Sacramento Sheriff's_
Job or Title         _Department_
(if known)
Street Address       _651 I St._
City and County      _Sacramento_
State and Zip Code   _California_
Telephone Number     _916 874-6752_

Defendant No. 2

Name                _California Department_
Job or Title         _of Corrections_
(if known)
Street Address       _8000 Elder Creek Rd_
City and County      _Elder Creek_
State and Zip Code   _California_
Telephone Number     _916 686-6495_

2

PREPARED BY: Mr. Steven J. Easley Pro Se    DATE: 04/10/2018

PROJECT TITLE:

after the hearing I was sent to R.C.C.C before I could obtain my final Copy of the write-up. During this time I was also being held under false charges and Parole violation. Six Sheriff's and one C.D.C. officer were subpoena to come to court and not one of them showed I ended up being detain for 45 days, as I waited for my cases to come up, I received my copy of my transcript which an officer had added three things that I later came to define as a double standard of law, these were the three things 1)-Smart phones 2) fax Machines and 3) Confedential Information was being sent to Sacremento Sheriff's Dept, and to the Department of Correction (C.D.C) Since 2011 up until 2018 this other entity that I can now identify as N.C.W - a non-profitable Organization to whom an App that was passed down from Microsoft to the Sheriff's who in turn pass it over to N.C.W Neighborhood Crime Stopper or Crime watch and for the past 8 years has violated Federal guidelines, they also lied when they stated: We will not allow non activity gang members nor activity gang members to get involved in our Organization. Yet they have in doing so! I've been harassed everyday and Every night by my Exs Daughter and grand son

They have gone over and beyond in violating the very foundation of law and order. They have use the tools of this Organization to rain down havoc on homeless people, drug user and people on S.S.A for persona gain! Over the years they have gone as far as to threat to Kill me, or put me in the hospital if I went to the authority. But if I don't stand up for myself, they continue to steal anything and everything I own." They use the app to Cyber Bully or Watch you to see were you leave stuff in your homes and after you leave the follow you or have you followed then they break in to your home, or have someone you think to your friend come by, just to get a hold of your Keys and while there friend keeps you busy, they go off and have keys made so they can go and come as they please. Now since I found out how they operate, I give up my apartment and refuse to pay for them to continue doing the same thing over, and over and over again, and again! They even go around telling people stuff to make them hate you or even worse, make them want to do real harm to you. And if you stand up against them you get threating to be killed, put in the hospital, or out in jail !! Oh and everytime

Continued

PREPARED BY: Mr. Steven J. Essley Pro SE          DATE: 04-10-201_

PROJECT TITLE:

you leave to go do anything pertaining to legal matters, they take your property clothes food, even one shoe of all pairs you might have. One person has gone so far as to piss in my milk and they all set back in Cyber space and watch me drink his piss My exe daughter has even bragged about taken $568.00 dollars from a woman who stole it out of my tent.

On closeing I'm an ex-con, ex drug user and disable on SSD, I am 56 years of age and should have to be threating nor harass every minute of the day and night, nor should I be constantly moved by the Ranchers because they call them everytime they feel like it Just because there's one of me and many of them dosen't make them right, just easier to believe! And because I'm going forward by coming out and tell this to all authorities I'm getting death threats every day and night

Sincerely Yours
Mr. Steven J. Essley Pro SE

Defendant No. 3

Name _Neighborhood Crime Watch_

Job or Title
(if known)

Street Address _WWW. CITIZENS CRIME WATCH . COM_

City and County _Sacramento / Miami - Dade County FL_

State and Zip Code _California   95815 / 1515 NW 79th Avenue_

Telephone Number _305 470 - 1670_

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question                 ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of Federal Guidelines, falsifying white-up By the three sheriff's that Broke my neck violation of equal protection while being detain Denial of my Due Process ( See Attachment)*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

Pages in Continues of First Amended Complaint

| | |
|---|---|
| PREPARED BY: Mr. Steven Easley Pro Se | DATE: 04/24/2018 |
| PROJECT TITLE: Violation of Civil Rights | |

1. Solely being arrested, Denied my final Copy of
2. Write! Even after it is stated in Rezalution & rule
3. manuel for Inmate housed in the County Gail.
4. Smut phones, Faxes Machines and Confedential
5. information was being send to the Sheriff's Depart-
6. ment and to C.D.C. from a third party, which happens
7. to be non-profetable Organization. along with 42 U.S.C.
8. § 1981 Equal rights under the law (a), (c) [R.S. § 1977 (Act of
9. May 31 1870 C. 114 § 16, 16 Stat. 144); Pub. L No. 102-166, §
10. 101, 105 Stat.
11. 42 U.S.C. § 1982 Property Rights of Citizens.
12. 42 U.S.C. § 1988 Proceeding in Vindication of Civil Rights
13. Case 2:16-cv-01750-SJO-JPR document 9 filed 03/17/16.
14. 137 page P.D. # 46
15. This is an action for injunctive relief and damages
16. pursuant to 42 U.S.C. § 1983 based upon the continu-
17. ing violations of Plaintiff's rights under the fourth,
18. fifth and fourteen Amendment to the United State
19. Constitution. Jurisdiction exists pursuant to 28 U.S.C.
20. § 1331 and 1343 based on 42 U.S.C. § 1983 and questions
21. of Federal Constitutional law. Jurisdiction also
22. exists under the Declartory Judgement Act, 28
23. U.S.C. §§ 2201 (c) and 2202. Supplemental jurisdiction
24. over Plaintiff's state law claims 6 pursuant to
25. 28 U.S.C. § 1361

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

a hundred eight point 5 Million x 9
In short no American should have to live, or go
through (See Attachment) pg 6,

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

All my rights have been taken from me, and Everyone
can deny it!! But Everything I do is told to the world
nothing I do goes un heard of, unseen, or watched and
exposed. Nothing, I'VE lost Everything, so before I lose
my life, let me atleast make something wrong become right!

Continean C #5(3)

PREPARED BY: Mr. Steven Easley Pro Se    DATE: 04/24/2018

PROJECT TITLE: Violation of Civil Rights & Guidelines

1. what I've been force to deal with! Since Nov. 4th 2011
2. being falsely arrested, two days in custody three Sheriff's
3. break my neck, after being told to move via intercom. After
4. all three officers conspired to lie on there write-up to
5. cover-up there real reason for jumping on me! An
6. officer while sending me my transcripts for my case, add-
7. ed the following 1) Smart phones, 2) Faxes Machines and
8. 3) Confedential information was being sent to Sacramento
9. Sheriff's and the department of C.D.C... Then when
10. it came time to go to court, all six officers and
11. C.D.C parole agent were subpoeina to come to
12. court!, not one of them showed, then haven't to wait
13. for my parole Hearing, during which time someone
14. went into my wife (Patricia Gale Joseph) and mine
15. home and stole my identity. Then after be found
16. non guilty of any wrong doing for the event of the 4th
17. of Nov. 2011 but being told by every sheriffs station and
18. sub-station; that I'd receive no help from them to
19. resolve any of cases which came out of Nov. 4th 2011
20. 1) Easley being arrest and violation of parole hold, when
21. I contacted my parole agent and informed her that I
22. had recieved a Werrant in the mail for a light-rail ticket
23. which she in turn told me not to turn myself in, but
24. to turn myself into her the following Monday. 1st Case
25. 2) After being detain for 2 days, called over intercom system
26. to move, at which time I had two Chronos A) lower
27. ties B) lower bunk. After being told to move force to
28. sleep on the floor, because the other inmate had the

same charges, and because I tried to inform the officer of my charges, I got my neck broken during which time I followed all rules to prevent any type of violations. Exhibit the tape from the dayroom also after the Sgt on my hearing reviewed the tape he found me; non-guilty of any wrong doing. Then after I went to my parole hearing and all charges were dropped except the one I pleaded guilty to: D-ality, test, were dropped. I received time served and 45 days later return home to find out my Identity had been stolen off my computer..." I went to every authoritee I could for help only to be turned away, until I went to the U.S. Marshall were I met Joe McGee who give me as much help as he could and pointing me in the direction of the Cyber police, but to no avail each time I tried to see them, they just moved to a different location or they told me there were no such unit! Then my apartment started being the hot spot for whatever! And after returning home to find Condums wrapper, and both tub wet, along with food and clothes missing. I attempt-ed to contact the law but they would say they were coming only to call back 4, 6 or 8 hrs later and inform me to do a police report on line." After some many break-ins I decided; "It makes no sense to keep paying for someone else to be able to have access to my home and I'm paying $650.00 a month and the cops seemed as if it was none of their problem. So I moved out and became homeless! Not knowing that those people that were doing all this stuff to me on Boxwood. followed me downtown and for the last 8 mo. have

| PREPARED BY: Mr. Steven Easley Pro SE | DATE: 04/24/2018 |
|---|---|
| PROJECT TITLE: | |

continue to harass, destroy, steal and cause others to hate me! And with each year that comes and goes there becoming more head strong! Speaking to me like it doesn't matter what I do! No Body cares and it's me against an untold number of people, and authorities!! Well your honor this is my closing remark." I only played the roll that they would allow me, in order to find answers! at first, now I'm going to inform you that I'm going to seek help so that they can stop wasting all this men and woman power, violating laws and guide lines and I hope you will understand this:" If I didn't stop and stand up for myself! Who would believe anything I had to say? One against the world and I've had to go over and beyond to get this into your forum, so no matter what they show you nor tell you, I'm only doing what they allow me to !!! And now that I know what I'm dealing with! I need you to add clause.

Sincerely
Mr. Steven J Easley
Pro SE

PREPARED BY: Mr. Steven J. Easley    DATE: 04-10-2018

PROJECT TITLE: "Letter to Authorities"

First and formost! My name is Steven J. Easley, being of sound mine and fully understanding that under the law of prejury I can face fines or criminal charges which, could lead to being arrested or detained and fine! Therefore on this day April 10th 2018 I'd like to declare this document as a legal document known as a; "Declaration of Independence". Which may be used as a legal document at any time in a court-room. By offering both my name in Print as well as signature I declare that all facts and statements are the truth, so help me God...

Print name:
MR. STEVEN J. Easley

Signature:
Mr. Steven J Easley

Now as to why this letter and document was written to the following Authorities;-
To make sure I myself made every attempt to resolve this matter in the interest of justice...

1) Sacramento County Sheriff's Department
(Internal Affairs)

29  2) Sacramento County District Attorney's
30       Office
31  3) California Department of Justice
32  4) Federal Bureau of Investigation.
33  5) Govenor Edmund G. Brown Jr.
34  6) Director Will Lightbourne.
35  7) District One Supervisor -
36

37  These charges that I'm addressing are
38  as following: A) Conspiracy to committ
39  Murder. B) Attempted Murder × 9. C) Violation
40  of Federal guidelines D) Terrorism E) Treason
41  against the State. F) Stealing and Destroying
42  personal property. G) Breaking and entering
43  H) threating to do bodily harm I) Destroying
44  legal material and Exhibits. J) Violation of
45  my Equality. K) Misuse of property for person-
46  al gain. L) Identity Theif.
47

48  Every since Nov. 4th 2011 when I was falsely
49  arrested and detain the following events
50  have increase to the point that I had
51  to move out of my home and become home-
52  less. On Nov. 6th 2011 while being told to
53  move, I was attacked on the 8th floor
54  by three Sacramento Sheriff's even after all
55  three conspired to faldify there Write-up
56  I was found non guilty of any wrong doing

2) Sacramento County District Attorney's Office

3) California Department of Justice

4) Federal Bureau of Investigation.

5) Govenor Edmund G. Brown Jr.

6) Director Will Lightbourne.

7) District One Supervisor -

These charges that I'm addressing are as following: A) Conspiricy to committ Murder. B) Attempted Murder x 9. C) Violation of Federal guidelines D) Terrorism E) Treason against the State. F) Stealing and Destroying personal property. G) Breaking and entering H) threating to do bodily Harm I) Destroying legal material and Exhibits. J) Violation of my Equality. K) Misuse of property for personal gain. L) Identity theif.

Every since Nov. 4th 2011 when I was falsely arrested and detain the following events have increase to the point that I had to move out of my home and become homeless. On Nov. 6th 2011 while being told to move, I was attacked on the 8th floor by three Sacramento Sheriff's even after all three conspired to falsify there write-up I was found non-guilty of any wrong doing

PREPARED BY: *Mr Steven Y Easley Feo SE*    DATE: *04/20/2018*

PROJECT TITLE: *Delivery of Letter to Authority*

Proof of receiving/ Time & Date/ Signature of
The head of Sacramento County Jail    HIEHLE #035

The Attorney General ☐ # 4/20/18 1457 HRS
3.46

The District Attorney ☐ # 4/20/18 1457 hrs
3.46

District Supervisor

RECEIVED
2018
BOARD OF SUPERVISORS

HIEHLE #035

COUNTY OF SACRAMENTO
BOARD OF SUPERVISORS
2018 APR 20 PM 2: 50

The Mayor    7600 Refused
D. Ramirez refused